No. 94–9649. DOTSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9651. HAWKINS *v.* ABRAMAJTYS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–9652. EASLEY *v.* VANCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–9654. MCFARLAND *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–9655. LOPEZ *v.* ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 94–9656. MERRITT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9657. LANDRUM *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 94–9658. MILLSAP *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9659. THOMPSON, ON BEHALF OF THOMPSON *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 94–9660. TESTA *v.* HOTEL EMPLOYEES & RESTAURANT EMPLOYEES INTERNATIONAL UNION, AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9661. AMARAL *v.* RHODE ISLAND HOSPITAL TRUST NATIONAL BANK ET AL. Sup. Ct. R. I. Certiorari denied.

No. 94–9662. RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9663. GOODMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9664. SCOTT *v.* KMART CORP. C. A. 11th Cir. Certiorari denied.